**Form 129**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Michael S. Wentzel**
**Keri L. Wentzel**
**aka Keri L. Lockerman**
   Debtor(s)

Bankruptcy Case No.: 17–20668–TPA

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Jeffrey J. Sikirica is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: August 23, 2017

<u>Thomas P. Agresti</u>
United States Bankruptcy Judge